**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 6, 2019.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-19-00561-CV**

**IN RE RED PAJARDO, INC., Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-61178**

## MEMORANDUM OPINION

On July 19, 2019, relator Red Pajardo, Inc. filed an amended petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Steven Kirkland, who was assigned to hear certain matters in this case, to vacate the

rulings he made in open court on May 24, 2019, and his July 15, 2019 order affirming these rulings, which, among other things, prohibit relator from conducting discovery.

Relator also has filed a motion for temporary relief, asking this court to stay Judge Kirkland's rulings and the trial set for August 12, 2019, pending a decision on relator's petition. *See* Tex. R. App. P. 52.10.

With certain exceptions not applicable in this proceeding, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam). Relator has not established that it is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus and motion for temporary relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.